[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1507

JABRIL L. IBRAHIM, a/k/a Grant Anderson,

Plaintiff, Appellant,

v.

UNITED STATES,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge]

---

Before

Torruella, Chief Jugde,
Selya and Boudin, Circuit Judges.

---

Jabril L. Ibrahim on brief pro se.
Jay P. McCloskey, United States Attorney, and F. Mark Terison, Senior Litigation Counsel, on Motion for Summary Affirmance for appellee.

---

December 20, 2000

---

**Per Curiam**. Having thoroughly reviewed the record and the parties' briefs on appeal, we conclude that the appellant's complaint was properly dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Moreover, the appellant has waived the arguments he now raises on appeal because he failed to object to the magistrate judge's report. See, e.g., Davet v. Maccarone, 973 F.2d 22, 31 (1st Cir. 1992).

Accordingly, the appellee's motion for summary affirmance is allowed and the judgment of the district court is affirmed. See Local Rule 27(c).